### Joe T. WARD v. STATE.
#### No. 14522.

Court of Criminal Appeals of Texas.

June 10, 1931.

Martin, Shipman & Winters, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### LATTIMORE, J.

Conviction for selling intoxicating liquor; punishment, three years in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment correctly charges the offense, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.

### Sam WELLS v. STATE.
#### No. 14553.

Court of Criminal Appeals of Texas.

June 24, 1931.

Scott & Scott and Wilkinson & Wilkinson, all of Brownwood, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### CALHOUN, J.

Offense, robbery; punishment, ten years in the penitentiary.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted and the appeal dismissed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Fred WHEELER v. STATE.
#### No. 14458.

Court of Criminal Appeals of Texas.

June 17, 1931.

A. L. Lewis, of Houston, for appellant.

O'Brien Stevens, Crim. Dist. Atty., and E. T. Branch, both of Houston, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

### LATTIMORE, J.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

We find neither statement of facts nor bills of exception in the record. The indictment charges the offense, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.